STATE of Missouri, Respondent,

v.

Brian K. SCHULTZ, Appellant.

No. WD 72732.

Missouri Court of Appeals,
Western District.

Nov. 8, 2011.

Irene Karns, Columbia, MO, for Appellant.

John Grantham, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Brian K. Schultz appeals the circuit court's judgment convicting him of robbery

in the first degree. We affirm. Rule 30.25(b).